UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2015

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-15-30007-M |
| | | (Indictment No. M-15-0407) |
| JOSE ORLANDO CONTRERAS-VENTURA | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about March 5, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ORLANDO CONTRERAS-VENTURA**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

LINDA REQUENEZ
ASSISTANT U. S. ATTORNEY